IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLE PILEGGI, *individually and on behalf of persons similarly situated*,<br><br>*Plaintiff*,<br><br>v.<br><br>WASHINGTON NEWSPAPER PUBLISHING COMPANY, LLC,<br><br>*Defendant*. | No. 1:23-cv-00345-BAH |

## NOTICE OF SUPPLEMENTAL AUTHORITY

The Washington Examiner Newspaper Publishing Company, LLC ("Washington Examiner") submits this Notice of Supplemental Authority to provide the Court with the recent decision in *Hunthausen v. Spine Media, LLC*, 22-CV-01970 (S.D. Cal. June 21, 2023) (Ex. A), dismissing with prejudice a Video Privacy Protection Act ("VPPA") complaint. *Hunthausen* supports the Washington Examiner's argument that "goods or services" in 18 U.S.C. § 2710(a)(1) must be interpreted "[i]n the statute's full context" to be limited to "audio-visual goods or services, and not goods or services writ large." Ex. A at 5-6 (adopting the reasoning in *Carter v. Scripps Network, LLC*, 2023 WL 3061858 (S.D.N.Y. Apr. 24, 2023)); *see also* Washington Examiner Mot. To Dismiss, Dkt. 21 at 16-18 (relying on *Carter*); Washington Examiner Reply, Dkt. 23 at 8 (same).

Because Hunthausen had not plausibly alleged in his amended complaint that he rented, purchased, or subscribed to "goods or services," so defined, from Spine Media,[1] the court dismissed the complaint with prejudice without reaching any of the defendant's other grounds for dismissal.  *See* Ex. A at 6-7.

Respectfully submitted,

/s/ Scott H. Angstreich
Mark C. Hansen (D.C. Bar No. 425930)
Scott H. Angstreich (D.C. Bar No. 471085)
Grace W. Knofczynski (D.C. Bar No. 1500407)
Eden M. Bernstein (D.C. Bar No. 1780538)
KELLOGG, HANSEN, TODD,
 FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Fax: (202) 326-7999
mhansen@kellogghansen.com
sangstreich@kellogghansen.com
gknofczynski@kellogghansen.com
ebernstein@kellogghansen.com

*Counsel for Defendant The Washington Newspaper Publishing Company, LLC*

June 26, 2023

---

[1] Hunthausen's allegations differed from Pileggi's.  He alleged he was a consumer because he purchased third-party products advertised on Spine Media's website for which it received compensation.  *See* Ex. A at 5.