IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLE PILEGGI, *individually and on behalf of persons similarly situated*,<br><br>*Plaintiff*,<br><br>v.<br><br>WASHINGTON NEWSPAPER PUBLISHING COMPANY, LLC,<br><br>*Defendant*. | No. 1:23-cv-00345-BAH |

**DEFENDANT'S FURTHER NOTICE OF SUPPLEMENTAL AUTHORITY**

The Washington Examiner Newspaper Publishing Company, LLC ("Washington Examiner") submits this Notice of Supplemental Authority to inform the Court about nine recent rulings on motions to dismiss filed in actions alleging violations of the Video Privacy Protection Act ("VPPA").

In five of those cases, the courts — like the *Carter*, *Hunthausen*, *Gardener*, and *Salazar* courts[1] — dismissed the complaints. Each court found that the allegations supporting plaintiffs' status as a "consumer" under the VPPA lacked any nexus to the video information that the defendants allegedly disclosed in violation of the VPPA.

- *Carroll v. General Mills, Inc.*, No. 23-cv-01746, ECF No. 36, at 7-8 (C.D. Cal. Sep. 1, 2023) (Ex. A) ("In the context of the statute, 'consumer' is obviously meant to be cabined in the same way – as a renter, purchaser, or

---

[1] *Carter v. Scripps Networks, LLC*, 2023 WL 3061858 (S.D.N.Y. Apr. 24, 2023); *Hunthausen v. Spine Media, LLC*, 2023 WL 4307163 (S.D. Cal. June 21, 2023); *Gardener v. MeTV*, 2023 WL 4365901 (N.D. Ill. July 6, 2023); *Salazar v. Paramount Global*, 2023 WL 4611819 (M.D. Tenn. July 18, 2023), *appeal pending*, No. 23-5748 (6th Cir. filed August 21, 2023).

- subscriber of prerecorded video cassette tapes or similar audio visual materials.").

- *Markels v. AARP*, No. 22-cv-05499, ECF No. 36, at 4 (N.D. Cal Aug. 29, 2023) (Ex. B) ("The Court agrees with defendant that there must be some nexus between the plaintiff and defendant and the video content provided.").

- *Golden v. NBCUniversal Media, LLC*, 2023 WL 5434378, at *9-12 (S.D.N.Y. Aug. 23, 2023) (Ex. C) (dismissing complaint because it alleged "no connection between the emails . . . for which Golden signed up and . . . the videos at issue" and "emails . . . did not provide her with any video viewing benefits beyond those accessible to any member of the public").

- *Salazar v. Nat'l Basketball Ass'n*, 2023 WL 5016968, at *8-10 (S.D.N.Y. Aug. 7, 2023) (Ex. D) (dismissing complaint "because Plaintiff does not allege that his newsletter subscription allowed him access to the videos on the NBA.com site that any member of the public would not otherwise have").

- *Tawam v. Feld*, 2023 WL 5599007, at *5 (S.D. Cal. Jul. 28, 2023) (Ex. E) ("[A]lleg[ations] that Plaintiffs signed up for an email mailing list provided by Defendant and separately viewed videos on Defendant's website . . . are not sufficient to plausibly support the existence of a nexus between the alleged subscription and the video content at issue.").

These decisions support the Washington Examiner's argument that Pileggi's allegations that she signed up for an email newsletter do not make her a "consumer" under the VPPA because those email newsletters had no effect on her ability to access the website videos she alleges the Washington Examiner disclosed in violation of the VPPA.  *See* Mot. to Dismiss at 17-18 (Dkt. 21); Reply at 8-9 (Dkt. 23).

While there are four other recent decisions denying motions to dismiss, at least in part, none considered *Carter*.  Nor did they consider many of the other arguments the Washington Examiner has raised.

- *Ghanaat v. Numerade*, No. 23-cv-00833, ECF No. 34 (N.D. Cal. Aug. 28, 2023) (Ex. F).

- *Sellers v. Bleacher Rep., Inc.*, 2023 WL 4850180 (N.D. Cal. July 28, 2023) (Ex. G).

- *Jackson v. Fandom, Inc.*, 2023 WL 4670285 (N.D. Cal. July 20, 2023) (Ex. H).

- *Stoudemire v. Lee Enters., Inc.*, No. 22-cv-00086, ECF No. 33 (S.D. Iowa July 20, 2023) (Ex. I).

Dated:  September 6, 2023

        Respectfully submitted,

        */s/ Scott H. Angstreich*

        Mark C. Hansen (D.C. Bar No. 425930)
        Scott H. Angstreich (D.C. Bar No. 471085)
        Grace W. Knofczynski (D.C. Bar No. 1500407)
        Eden M. Bernstein (D.C. Bar No. 1780538)
        KELLOGG, HANSEN, TODD,
         FIGEL & FREDERICK, P.L.L.C.
        1615 M Street, N.W., Suite 400
        Washington, D.C. 20036
        Telephone: (202) 326-7900
        Fax: (202) 326-7999
        mhansen@kellogghansen.com
        sangstreich@kellogghansen.com
        gknofczynski@kellogghansen.com
        ebernstein@kellogghansen.com

        *Counsel for Defendant The Washington Newspaper Publishing Company, LLC*

## CERTIFICATE OF SERVICE

I, Scott H. Angstreich, hereby certify that this document, Defendant's Response to Plaintiff's Notice of Supplemental Authority and Defendant's Further Notice of Supplemental Authority, was filed electronically on the 6th day of September, 2023, using the CM/ECF system which will be sent electronically to any registered participant as identified on the Notice of Electronic Filing (NEF).

*/s/ Scott H. Angstreich*
Scott H. Angstreich